# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1562
_____

DOYLE C. WHITMIRE, JR.,

Petitioner,

v.

FLORIDA STATE EMPLOYEES
FEDERAL CREDIT UNION,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 18, 2020

PER CURIAM.

DENIED.

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Doyle C. Whitmire, Jr., pro se, Petitioner.

James E. Sorenson, D. Tyler Van Leuven, J. Blair Boyd, Stephen Orsillo, Zaydee Portomene, and P. Koren Hardy of Sorenson Van Leuven, PLLC, Tallahassee, for Respondent.